# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK D. GIANFELICE,    )<br>    Plaintiff(s)    )<br>    )<br>v.    )<br>    )<br>JOHN E. POTTER, Postmaster General, )<br>United States Postal Service Agency   )<br>    Defendant(s)    ) | CIVIL ACTION NO. 3:10-cv-30040-MAP |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ] **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendant John E. Potter, against the plaintiff Mark D. Gianfelice, pursuant to the court's endorsed order entered this date, granting defendant's motion to dismiss.

                                          **SARAH A. THORNTON**,
                                          CLERK OF COURT

Dated: April 28, 2010                 By /s/ *Maurice G. Lindsay*
                                                  Maurice G. Lindsay
                                                  Deputy Clerk

(Civil Judgment 2 (Routine).wpd - 11/98)
      [jgm.]